## ONE THOUSAND EIGHTY FIVE DOLLARS IN U.S. CURRENCY, Appellant

v.

## STATE of Texas, Appellee.

No. 05–12–00433–CV.

Court of Appeals of Texas, Dallas.

Jan. 14, 2013.

Daphne Hicks, pro se.

Dale Jensen, Dallas, TX, for appellees.

Before Chief Justice WRIGHT, Justice LANG–MIERS and Justice LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

By letter dated April 2, 2012, we notified Daphne Hicks the $175 filing fee in this case was due. We cautioned Hicks that failure to file the fee within ten days would result in dismissal of the appeal without further notice. Also by letter dated April 2, 2012, we notified Hicks the docketing statement was due and that failure to file the docketing statement might result in dismissal of the appeal. To date, Hicks has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex.R.App. P. 42.3(b),(c).